**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-01887 |
| | ) | |
| v. | ) | |
| | ) | |
| **Lloyd Johnson,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF, FLAVA WORKS, INC.'S, MOTION FOR LEAVE TO FILE PROPOSED THIRD AMENDED**

Now comes Plaintiff, Flava Works, Inc. (hereinafter "Flava Works"), by and through its attorneys, Meanith Huon and The Huon Law Firm, and states as follows:

1. This case was severed from <u>Flava Works, Inc. v. Andrew Clavio</u>, Case No. 11-cv-5100 in which Flava Works, Inc. had sued former paid members of its websites for copyright infringement.

2. Plaintiff seeks leave to file a proposed Third Amended Complaint in lieu of Responding to the Section of Defendant's Motion to Dismiss for Failure to State a Claim.

3. FRCP 15 provides that "The court should freely give leave when justice so requires."

4. A copy of the proposed Third Amended Complaint is attached with Exhibits.

WHEREFORE, Plaintiff requests that this Honorable Court grant Plaintiff leave to file the proposed Third Amended Complaint.

Respectfully submitted,

/s/ Meanith Huon

Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

# CERTIFICATE OF SERVICE

Under penalties of law, I attest the following documents or items have been or are being electronically served on all counsel of record on or before September 4, 2012:

**PLAINTIFF, FLAVA WORKS, INC.'S, MOTION FOR LEAVE TO FILE PROPOSED THIRD AMENDED**

Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996