Help our friend raise money for the charity: Avon Walk for Breast Cancer.
$450 of $1800 goal raised. Donate as little as $5.



| My IP | IP Lookup | Blacklist Check | Trace Email | Speed Test | Hide IP | Change IP | IP Tools | FAQs | Forums |

## IP Details for 99.159.16.136

This information should not be used for emergency purposes, trying to find someone's exact physical address, or other purposes that would require 100% accuracy. Please read about geolocation accuracy for more information.

[ 99.159.16.136 ] [Lookup IP Address]

Quick Links:

- General IP Information
- Geolocation Information
- Geolocation Map
- Comments about this IP address

### General IP Information

IP: 99.159.16.136
Decimal: 1671368840
Hostname: 99-159-16-136.lightspeed.wlfrct.sbcglobal.net
ISP: AT&T U-verse
Organization: AT&T U-verse
Services: None detected
Type: Broadband
Assignment: Static IP
Blacklist: [Blacklist Check]

### Geolocation Information

Country: United States
State/Region: Connecticut
City: West Hartford
Latitude: 41.7527
Longitude: -72.7585
Area Code: 860
Postal Code: 06107

### Geolocation Map



Case: 1:12-cv-01887 Document #: 14-4 Filed: 09/04/12 Page 2 of 2 PageID #:305

**User Comments**

No comments. Be the first to add one.
Enter up to 500 characters in your comment about this IP address.

Submit comment

**Related Articles**

- How accurate is geolocation?
- How do I hide my IP address?
- How do I change my IP address?
- What is a proxy server?

© 2000-2012 What Is My IP Address. All Rights Reserved.   Privacy Policy   Terms of Use   Contact