**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Mixxxed Nuts
Search Results: Displaying 2 of 3090 entries



---

Labeled View

### *Mixxxed Nuts #2: Taste the Crunch.*

**Relevance:** ■ ■ ■ ■ ■
**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001687480 / 2010-06-24
**Application Title:** Mixxxed Nuts #2: Taste the Crunch.
**Title:** Mixxxed Nuts #2: Taste the Crunch.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL, 33127, United States.
**Date of Creation:** 2010
**Date of First Publication:** 2010-02-01
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director.
**Rights and Permissions:** Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com
**Names:** [Flava Works Inc.](#)



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-748-164

**Effective date of registration:**

August 12, 2011

## Title

**Title of Work:** Mixxxed Nuts #3: Almond Joy

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 1, 2011 **Nation of 1st Publication:** United States

## Author

■ **Author:** Flava Works, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works, Inc.

2610 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

**Organization Name:** Flava Works, Inc.

**Address:** 2610 North Miami Ave

Miami, FL 33127 United States

## Certification

**Name:** Phillip Bleicher

**Date:** August 12, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-779-325

**Effective date of registration:**

September 16, 2011

---

## Title

**Title of Work:** Flava Works Video Edits Jan-June, 2011

**Contents Titles:** Cody Kyler+Malo

Breion Diamond+Levi Summers

Drake+Hotrod

Baby Star+Usher Richbanks

Prince Le Beau+Usher Richbanks

Columbia+Flamez

Anthony Avery+Usher Richbanks

Jay Jaxon+KC Long

Breakz+RIchard Lewis

Nick Omni+Rowiniski Son

KC Long+Nick Omni

Jarvis Chandler+Usher Richbanks

Breakz+Jarvis Chandler

KC Long+Nick Omni

Tyrelle

Baby Star+Slim Goodie

Melsogifted+Tornado

Isaiah Foxx+Romeo Storm

Pharrell+Usher Richbanks

Kannon+Romeo Storm

Carlito Rockafella+Isaiah Foxx

Rock+Syxx

Cody Kyler+Ken Mariano

Baby Star+Breion Diamond+Mizfit

Breion Diamond+Cayden Cooper

Page 1 of 4