

Blain Tutera+Golden Secret

Baby Star+Ralphh Laurin

Angel Pierre+Joker Vasquez

Daddy Cream+Prince Breezy

Golden Secret+Tony Royce

Arquez+Ralphh Laurin

Blain Tutera+Noah Shyboy Jackson

Arquez+Valentino

Red King

Ice King+Ralphh Laurin

Golden Secret

Leo Lopez

Flamez+Leo Lopez

Mikeal Race+Romeo Storm

Arquez+Taz Alexanders

Melsogifted+Mikeal Race

Ciroc Star+Mikeal Race+Noah Shyboy Jackson

Arquez+Domino Star

Chico Rico+Leo Lopez

Noah Shyboy Jackson

Leo Luv+Romeo Storm

Marcus Cooper+Romeo Storm

Lafayette+Usher Richbanks

Arquez+Ciroc Star+Valentino

Ciroc Star

Justin Kace

Justin Kace+Manny Baby

Mikeal Race+Usher RIchbanks

Ciroc Star+Justin Kace

Domino Star

Tony Lavon

Ben Tye

Lafayette

Kream Jackson

Kream Jackson+Romeo Storm

Mikeal Race+Noah Shyboy Jackson

Manny Baby+Romeo Storm

Ben Tye+Lafayette

Jay Sean+Manny Baby

    Ben Tye+Usher Richbanks

    Domino Star+Jay Sean

    Jay Sean+Manny Baby+Tygax

    Domino Star+Jesse Rabbit+Micah Andrews

    Domino Star+Manny Baby

    Arquez+D-Roc

    Breakz+Mikeal Race

    Lil Mann+Ralphh Laurin

    Noah Shyboy Jackson

    Shujenko Blaze+Spyder Man

    Breakz+D-Roc

    Manny Jee+Rico Medrano

    Dominic Diaz+Luis Green

    Alonzo Alvarez+Chico Nemo

    Ciro Chavez+Ramon Mandera

    Baby Star

    DeAngelo Jackson+Malo

    Baby Star+Cody Kyler+Gianni Luca

    Baby Star+Kali Slim

    Breion Diamond+Jack Michaels

    Mr.Phat Lipps+Usher Richbanks

    Angelus+Jay Sean

    Jay Sean+Jason Hearst

    Jason Hearst+Usher Richbanks

    Christian Xavier+Dupree

    Baby Star+Prince Dior

    Christian Xavier+DeAngelo Jackson

## Completion/Publication

    **Year of Completion:** 2011

    **Date of 1st Publication:** June 1, 2011    **Nation of 1st Publication:** United States

## Author

    **Author:** Flava Works, Inc.

    **Author Created:** entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor

    **Work made for hire:** Yes

    **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

    **Copyright Claimant:** Flava Works, Inc.

    2610 N Miami Ave, Miami, FL, 33127, United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-760-400**

Effective date of registration:

February 7, 2011

---

### Title
**Title of Work:** Flava Works Website Edits 2009

### Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** January 1, 2010  **Nation of 1st Publication:** United States

### Author
- **Author:** Flava Works Inc.
  **Author Created:** motion pictures
  **Work made for hire:** Yes
  **Citizen of:** United States  **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Flava Works Inc.
2610 N Miami Ave, Suite B, Miami, FL, 33127, United States

### Limitation of copyright claim
**Material excluded from this claim:** motion pictures
**New material included in claim:** motion pictures

### Rights and Permissions
**Organization Name:** Flava Works, Inc.
**Name:** Phillip Bleicher
**Email:** support@flavaworks.com  **Telephone:** 305-438-9450
**Address:** 2610 N Miami Ave
Suite B
Miami, FL 33127 United States

### Certification