













Free Video Hosting. Secure Dedicated Servers. Mobile Ready. **Sign Up** or **Take a Tour**

# Videobam - Fast, free video hosting

- Upload Video
- Register
- Sign in
- **Login**

Advertisement: pro users don't see ads

### Mixitupboy.com DeAngelo Jackson vs Lil Niz

Upload by donho999