

Advertisement: pro users don't see ads
Free Video Hosting
Download

Bookmark



- Direct Link (email & IM) http://videobam.com/kNQx

Share

- Embed code <u>Select iframe size</u> &lt;iframe title="VideoBam vic
- HTML Thumbnail Link &lt;a href="http://videobam.c
- BB Code Thumbnail Link [URL=http://videobam.com

<u>Close</u>

# Select iframe size

○ <u>S</u>
<u>320x240</u>
◉ <u>M</u>
<u>480x360</u>
○ <u>L</u>
<u>640x480</u>
○ <u>Custom Size</u>
<u>Width</u> [          ] px
<u>Type width of iframe (height will be calculate automaticaly)</u> [ Save ]

- **Views:** 9
  [ Like ]                    **0**

# Comments

## Add New Comment                                                    <u>Login</u>

[Type your comment here.                                               ]

**Showing 0 comments**                          [ Sort by popular now ⇕ ]

M <u>Subscribe by email</u>   S <u>RSS</u>

blog comments powered by **DISQUS**

# Thumbnail Preview Sheet <u>Show code</u> <u>Download Image</u>

# Direct Link to Preview Sheet

http://videobam.com/thumbsheet-152410-kNQxo.jpg

## HTML Link of Preview Sheet

<a href="http://videobam.com/kNQxo" target="_blank"><img src="http://videobam.com/thumbsheet-152410-kNQxo.jpg" alt="VideoBam.com"></a><br />Powered by <a target="_blank">VideoBam - Free Video Hosting</a>

## BB-Code of Preview Sheet

[URL=http://videobam.com/kNQxo][IMG]http://videobam.com/thumbsheet-152410-kNQxo.jpg[/IMG][/URL] Powered by [URL=http://videobam.com]VideoBam - Free Video Hosting[/URL]

10/6/11 1:05 PM

Mixitupboy.com DeAngelo Jackson - Mixitvz.

http://.videobam.com/kNQxo

 Follow us

Like ⚑2K

© 2010 VideoBam - Fast, Free Video Hosting

- 
  Bookmark Us
- FAQ
- DMCA
- Terms
- Support
- API







