A screenshot of a GVIM window titled "CODY KYLER & CAYDEN COOPER & DE... Cayden & DeAngelo Jackson) - GVIM" displaying binary/garbled file contents consisting largely of repeated `@^` characters with occasional readable fragments:

```
...@~!^P^E^@
^[ÿÀ@^@^@...
...@s!^P^E^@  ^[ÿÀ@^@...
...@7■■^@...
...@r-yyblqw
1853378,12492-2437
```