

**CCBILL.com** | Powering the Future of eCommerce

Details for Subscription 1073941152

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2005-03-30 01:50:06 PM
Email: lloydliohnson2@yahoo.com
IP Address: 69.0.72.125
Phone: 8606809659

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$19.95(USD) for 30 days then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2005-03-30 |
| Expires: | Expired |
| Expired: | 2005-04-29 11:59:59 PM |
| Cancel Date: | 2005-03-30 12:00:00 AM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadowfarms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern

Re-add User

Test Password

Processor: CRD
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 1073941152 on 2005-03-30 for $19.95() | Too old to refund |



**Details for Subscription 1073942755**

**Client Information:**
Account: 906670-0010
Site: Blacks, Latins, Whites and Asians!
URL: http://www.mixitupboy.com

**Signup Information:**
Time: 2005-03-30 02:19:44 PM
Email: lloydljohnson2@yahoo.com
IP Address: 69.0.72.125
Phone: 8606809659

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$24.95(USD) for 30 days (non-recurring)

Member Since:   2005-03-30

Expires:       Expired

Expired:       2005-04-29 11:59:59 PM

Affiliate:

**Customer Information:**
lloyd johnson
33 meadowfarms rd
west hartford, CT 06107
United States

User: lloydj       Re-add User

Pass: lavern

Test Password

Processor: CRD
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 1073942755 on 2005-03-30 for $24.95() | Too old to refund |

## Details for Subscription 1091205972

**Client Information:**
Account: 906670-0010
Site: Blacks, Latins, Whites and Asians!
URL: http://www.mixitupboy.com

**Signup Information:**
Time: 2005-11-12 03:07:48 PM
Email: lloydljohnson2@yahoo.com
IP Address: 69.0.72.148
Phone: 8606555946

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$14.95(USD) for 30 days then $14.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2005-11-12 |
| Expires: | Expired |
| Expired: | 2005-12-12 11:59:59 PM |
| Cancel Date: | 2005-11-12 03:32:57 PM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadowfarms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: CRD
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 1091205972 on 2005-11-12 for $14.95() | Too old to refund |



Report a Bug | Help | Close window

**Details for Subscription 0106312301000050650**

**Client Information:**
Account: 906670-0003
Site: #1 Blatino Website! All Original!
URL: http://www.cocoboyz.com

**Signup Information:**
Time: 2006-11-08 03:19:23 PM
Email: lloydljohnson2@yahoo.com
IP Address: 69.177.91.7
Phone: 8603130856

**Subscription Information:**
**Inactive Customer**
Credit card (VISA - BIN#432628)

$14.95(USD) for 30 days then $14.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2006-11-08 |
| Expires: | Expired |
| Expired: | 2006-12-08 11:59:59 PM |
| Cancel Date: | 2006-11-10 01:26:46 PM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadowfarms rd
west hartford, CT 06107
United States

User: lloydj    Re-add User
Pass: lavern

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0106312301000050650 on 2006-11-08 for $14.95() | Too old to refund |

CCBill.com | Powering the Future of eCommerce

## Details for Subscription 0107064101000012661

**Client Information:**
Account: 906670-0004
Site: Black & Latino Boys LIVE 24/7
URL: http://www.cocodorm.com

**Signup Information:**
Time: 2007-03-05 04:57:56 AM
Email: lloydljohnson2@yahoo.com
IP Address: 69.0.14.82
Phone: 8603130856

**Subscription Information:**
Inactive Customer
Credit card (VISA- BIN#432628)

$4.95(USD) for 2 days (trial) then $29.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2007-03-05 |
| Expires: | Expired |
| Expired: | 2007-03-07 11:59:59 PM |
| Cancel Date: | 2007-03-05 06:50:36 AM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States



User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 0107064101000012661 on 2007-03-05 for $4.95() | Too old to refund |



Powering
the Future
of eCommerce

## Details for Subscription 010708250100043865

**Client Information:**
Account: 906670-0003
Site: #1 Blatino Website! All Original!
URL: http://www.cocoboyz.com

**Signup Information:**
Time: 2007-03-23 01:05:39 PM
Email: lloydjohnson2@yahoo.com
IP Address: 69.183.1.105
Phone: 8603130856

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$14.95(USD) for 30 days then $14.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2007-03-23 |
| Expires: | Expired |
| Expired: | 2007-04-22 11:59:59 PM |
| Cancel Date: | 2007-03-23 01:12:16 PM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | 894135 |

**Customer Information:**
lloyd johnson
33 meadowfarms
west hartford, CT 06107
United States

User: lloydj
Pass: lavern

Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 010708250100043865 on 2007-03-23 for $14.95() | Too old to refund |



Report a Bug | Help | Close window

## Details for Subscription 010709760100058734

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2007-04-07 02:25:15 PM
Email: lloydjohnson2@yahoo.com
IP Address: 66.159.181.218
Phone: 8603130856

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$19.95(USD) for 30 days then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2007-04-07 |
| Expires: | Expired |
| Expired: | 2007-05-07 11:59:59 PM |
| Cancel Date: | 2007-04-07 04:08:51 PM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern

Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 010709760100058734 on 2007-04-07 for $19.95() | Too old to refund |


Powering the Future of eCommerce

Details for Subscription 010709760100063988

**Client Information:**
Account: 906670-0010
Site: Blacks, Latins, Whites and Asians!
URL: http://www.mixitupboy.com

**Signup Information:**
Time: 2007-04-07 03:57:13 PM
Email: lloydljohnson2@yahoo.com
IP Address: 66.159.181.218
Phone: 8603130856

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$14.95(USD) for 30 days then $14.95(USD) recurring every 30 days

Member Since:   2007-04-07

Expires:        Expired

Expired:        2007-05-07 11:59:59 PM

Cancel Date:    2007-04-07 11:08:34 PM

Cancel Reason:  Not satisfied with content

Affiliate:

**Customer Information:**
lloyd johnson
33 meadowfarms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern

Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 010709760100063988 on 2007-04-07 for $14.95() | Too old to refund |



Details for Subscription 0107138501000042100

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2007-05-18 01:15:17 PM
Email: lloydljohnson2@yahoo.com
IP Address: 69.177.154.136
Phone: 8603130856

**Subscription Information:**
Inactive Customer
Credit card (VISA- BIN#432628)

$19.95(USD) for 30 days then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2007-05-18 |
| Expires: | Expired |
| Expired: | 2007-06-17 11:59:59 PM |
| Cancel Date: | 2007-05-25 11:47:27 AM |
| Cancel Reason: | Satisfied Customer |
| Affiliate: | 1307714 |

**Customer Information:**
lloyd johnson
33 meadowfarms rd
west hartford, CT 06107
United States



User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 0107138501000042100 on 2007-05-18 for $19.95() | Too old to refund |



## Details for Subscription 0107240201000033808

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2007-08-28 12:17:49 PM
Email: lloydljohnson2@yahoo.com
IP Address: 69.0.15.36
Phone: 8603130856

**Subscription Information:**
Inactive Customer
Credit card (VISA- BIN#432628)

$24.95(USD) for 30 days then $24.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2007-08-28 |
| Expires: | Expired |
| Expired: | 2007-09-27 11:59:59 PM |
| Cancel Date: | 2007-08-28 01:47:55 PM |
| Cancel Reason: | Income issues |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States



User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0107240201000033808 on 2007-08-28 for $24.95() | Too old to refund |



Details for Subscription 0107292501000052403

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2007-10-19 04:02:53 PM
Email: lloydjohnson2@yahoo.com
IP Address: 69.182.17.228
Phone: 8603130856

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$24.95(USD) for 30 days then $24.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2007-10-19 |
| Expires: | Expired |
| Expired: | 2007-11-18 11:59:59 PM |
| Cancel Date: | 2007-10-23 12:17:50 PM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 0107292501000052403 on 2007-10-19 for $24.95() | Too old to refund |



Powering the Future of eCommerce

**Details for Subscription 0208123501000009590**

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2008-05-02 11:39:10 AM
Email: lloydljohnson2@yahoo.com
IP Address: 69.37.52.193
Phone: 8603130857

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$24.95(USD) for 30 days then $24.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2008-05-02 |
| Expires: | Expired |
| Expired: | 2008-06-01 11:59:59 PM |
| Cancel Date: | 2008-05-07 12:31:42 PM |
| Cancel Reason: | Income issues |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadowfarms rd
west hartford, CT 06107
United States



User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0208123501000009590 on 2008-05-02 for $24.95(USD) | Too old to refund |



**Details for Subscription 0208138601000019376**

**Client Information:**
Account: 906670-0008
Site: PapiCock - All Sexy Latin Men
URL: http://www.papicock.com

**Signup Information:**
Time: 2008-05-17 08:13:22 PM
Email: lloydjohnson2@yahoo.com
IP Address: 69.37.52.193
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$4.95(USD) for 4 days (trial) then $19.95(USD) recurring every 30 days

Member Since: 2008-05-17

Expires: Expired

Expired: 2008-05-21 11:59:59 PM

Cancel Date: 2008-05-18 01:02:57 PM

Cancel Reason: Not satisfied with content

Affiliate:

**Customer Information:**
lloyd johnson
33 meadow farms
west hartford, CT 06107
United States

User: lloydj    Re-add User

Pass: lavern

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | | |
|---|---|---|---|
| *initial* | 0208138601000019376 on 2008-05-17 for $4.95(USD) | | Too old to refund |



## Details for Subscription 0208301101000007940

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2008-10-27 10:43:32 AM
Email: lloydjohnson2@yahoo.com
IP Address: 69.37.244.77
Phone: 8603130856

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$7.95(USD) for 2 days (trial) then $24.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2008-10-27 |
| Expires: | Expired |
| Expired: | 2008-10-29 11:59:59 PM |
| Cancel Date: | 2008-10-27 11:22:45 AM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 0208301101000007940 on 2008-10-27 for $7.95(USD) | Too old to refund |



**Details for Subscription 0208302201000011931**

**Client Information:**
Account: 906670-0052
Site: Raw Rods
URL: http://www.RawRods.com

**Signup Information:**
Time: 2008-10-28 03:35:12 PM
Email: lloydjohnson2@yahoo.com
IP Address: 69.37.244.77
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#488894)

$19.95(USD) for 30 days then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2008-10-28 |
| Expires: | Expired |
| Expired: | 2008-11-27 11:59:59 PM |
| Cancel Date: | 2008-11-03 07:41:18 AM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj     Re-add User
Pass: lavern

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0208302201000011931 on 2008-10-28 for $19.95(USD) | Too old to refund |



Details for Subscription 0208356701000019108

**Client Information:**
Account: 906670-0008
Site: PapiCock - All Sexy Latin Men
URL: http://www.papicock.com

**Signup Information:**
Time: 2008-12-21 08:28:00 PM
Email: lloydjohnson2@yahoo.com
IP Address: 69.177.7.1
Phone: N/A

**Subscription Information:**
Inactive Customer
Credit card (VISA- BIN#432628)

$4.95(USD) for 4 days (trial) then $14.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2008-12-21 |
| Expires: | Expired |
| Expired: | 2008-12-25 11:59:59 PM |
| Cancel Date: | 2008-12-21 08:29:17 PM |
| Cancel Reason: | Income issues |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj     Re-add User
Pass: lavern

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 020835670100019108 on 2008-12-21 for $4.95(USD) | Too old to refund |



## Details for Subscription 0209359501000007672

**Client Information:**
Account: 906670-0008
Site: PapiCock - All Sexy Latin Men
URL: http://www.papicock.com

**Signup Information:**
Time: 2009-12-25 03:15:16 PM
Email: lloydjohnson2@hotmail.com
IP Address: 99.159.16.136
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#435858)

$19.95(USD) for 30 days then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2009-12-25 |
| Expires: | Expired |
| Expired: | 2010-01-30 11:59:59 PM |
| Cancel Date: | 2010-01-30 07:43:10 AM |
| Cancel Reason: | Failed rebill |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj    Re-add User
Pass: lavern

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 1

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0209359501000007672 on 2009-12-25 for $19.95(USD) | Too old to refund |



Report a Bug | Help | Close window

**Details for Subscription 010936210100025039** 🖨

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2009-12-28 03:03:57 PM
Email: lloydjohnson2@yahoo.com
IP Address: 99.159.16.136
Phone: 3130856

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#444796)

$7.95(USD) for 2 days (trial) then $24.95(USD) recurring every 30 days

Member Since: 2009-12-28
Expires: Expired
Expired: 2009-12-30 11:59:59 PM
Cancel Date: 2009-12-29 02:30:01 PM
Cancel Reason: Income issues
Affiliate:

**Customer Information:**
lloyd johnson
33 meadowfarms rd
west hartford, CT 06107
United States



User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 010936210100025039 on 2009-12-28 for $7.95(USD) | Too old to refund |



**Powering the Future of eCommerce**

Details for Subscription 0210051601000018611

**Client Information:**
Account: 906670-0008
Site: PapiCock - All Sexy Latin Men
URL: http://www.papicock.com

**Signup Information:**
Time: 2010-02-20 11:03:42 PM
Email: novelist1974@yahoo.com
IP Address: 99.159.16.136
Phone: N/A

**Subscription Information:**
Inactive Customer
Credit card (VISA- BIN#432628)

$19.95(USD) for 30 days then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2010-02-20 |
| Expires: | Expired |
| Expired: | 2010-03-22 11:59:59 PM |
| Cancel Date: | 2010-02-26 10:54:25 AM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavernx

Re-add User

Test Password

**Processor:** VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | |
|---|---|
| *initial* | 0210051601000018611 on 2010-02-20 for $19.95(USD) | Too old to refund |



## Details for Subscription 0210106501000015966

**Client Information:**
Account: 906670-0008
Site: PapiCock - All Sexy Latin Men
URL: http://www.papicock.com

**Signup Information:**
Time: 2010-04-16 09:20:27 PM
Email: novelist1974@yahoo.com
IP Address: 99.159.16.136
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$19.95(USD) for 30 days then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2010-04-16 |
| Expires: | Expired |
| Expired: | 2010-05-16 11:59:59 PM |
| Cancel Date: | 2010-04-18 08:18:03 PM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj    Re-add User
Pass: lavernxd

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0210106501000015966 on 2010-04-16 for $19.95(USD) | Too old to refund |

Report a Bug    Help    Close window

Details for Subscription 0210120501000013920

**Client Information:**
Account: 906670-0052
Site: Raw Rods
URL: http://www.RawRods.com

**Signup Information:**
Time: 2010-04-30 06:26:08 PM
Email: novelist1974@yahoo.com
IP Address: 99.159.16.136
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (VISA - BIN#432628)

$24.95(USD) for 30 days then $24.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2010-04-30 |
| Expires: | Expired |
| Expired: | 2010-05-30 11:59:59 PM |
| Cancel Date: | 2010-05-01 07:45:52 PM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33meadowfarms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern          Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0210120501000013920 on 2010-04-30 for $24.95(USD) | Too old to refund |



**Details for Subscription 0210200101000024443**

**Client Information:**
Account: 906670-0008
Site: PapiCock - All Sexy Latin Men
URL: http://www.papicock.com

**Signup Information:**
Time: 2010-07-19 11:02:18 PM
Email: novelist1974@yahoo.com
IP Address: 99.159.16.136
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$19.95(USD) for 30 days then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2010-07-19 |
| Expires: | Expired |
| Expired: | 2010-08-18 11:59:59 PM |
| Cancel Date: | 2010-07-27 05:42:34 PM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States



User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 0210200101000024443 on 2010-07-19 for $19.95(USD) | Too old to refund |



## Details for Subscription 0210246501000013042

**Client Information:**
Account: 906670-0008
Site: PapiCock - All Sexy Latin Men
URL: http://www.papicock.com

**Signup Information:**
Time: 2010-09-03 12:47:00 PM
Email: novelist1974@yahoo.com
IP Address: 99.159.16.136
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#488894)

$4.95(USD) for 4 days (trial) then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2010-09-03 |
| Expires: | Expired |
| Expired: | 2010-09-07 11:59:59 PM |
| Cancel Date: | 2010-09-03 12:48:18 PM |
| Cancel Reason: | Satisfied Customer |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 0210246501000013042 on 2010-09-03 for $4.95(USD) | Too old to refund |

Report a Bug | Help | Close window



**Details for Subscription 0210319101000012511** 🖨

**Client Information:**
Account: 906670-0010
Site: Blacks, Latins, Whites and Asians!
URL: http://www.mixitupboy.com

**Signup Information:**
Time: 2010-11-15 05:35:58 PM
Email: novelist1974@yahoo.com
IP Address: 99.159.16.136
Phone: 8603130856

**Subscription Information:**
Inactive Customer
Credit card (VISA- BIN#488894)

$19.95(USD) for 30 days then $19.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2010-11-15 |
| Expires: | Expired |
| Expired: | 2010-12-15 11:59:59 PM |
| Cancel Date: | 2010-11-15 08:26:40 PM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern

Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 0210319101000012511 on 2010-11-15 for $19.95(USD) | Too old to refund |



Report a Bug   Help   Close window

**Details for Subscription 0110358501000014096** 🖨

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2010-12-24 09:16:11 AM
Email: novelist1974@yahoo.com
IP Address: 99.159.16.136
Phone: 8603130856

**Subscription Information:**
Inactive Customer
Credit card (VISA- BIN#432628)

$24.95(USD) for 30 days then $24.95(USD) recurring every 30 days

Member Since:   2010-12-24
Expires:        Expired
Expired:        2011-01-23 11:59:59 PM
Cancel Date:    2010-12-25 03:14:44 PM
Cancel Reason:  Satisfied Customer
Affiliate:

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj     Re-add User
Pass: lavern

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0110358501000014096 on 2010-12-24 for $24.95(USD) | Too old to refund |



Report a Bug | Help | Close window

## Details for Subscription 0110361101000028247

**Client Information:**
Account: 906670-0051
Site: Online Access to Flava Men Magazine
URL: http://www.FlavaMen.com

**Signup Information:**
Time: 2010-12-27 04:24:48 PM
Email: novelist1974@yahoo.com
IP Address: 99.159.16.136
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#432628)

$14.95(USD) for 30 days then $14.95(USD) recurring every 30 days

| | |
|---|---|
| Member Since: | 2010-12-27 |
| Expires: | Expired |
| Expired: | 2011-01-26 11:59:59 PM |
| Cancel Date: | 2011-01-04 06:38:03 AM |
| Cancel Reason: | Not satisfied with content |
| Affiliate: | 1494806 |

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj
Pass: lavern
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0110361101000028247 on 2010-12-27 for $14.95(USD) | Too old to refund |



**Details for Subscription 0111057601000022357** 🖶

**Client Information:**
Account: 906670-0010
Site: Blacks, Latins, Whites and Asians!
URL: http://www.mixitupboy.com

**Signup Information:**
Time: 2011-02-26 01:55:41 PM
Email: novelist1974@yahoo.com
IP Address: 99.159.16.136
Phone: 8603130856

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#488894)

$24.95(USD) for 30 days then $24.95(USD) recurring every 30 days

Member Since:  2011-02-26

Expires:  Expired

Expired:  2011-03-28 11:59:59 PM

Cancel Date:  2011-03-03 07:53:02 AM

Cancel Reason:  Satisfied Customer

Affiliate:

**Customer Information:**
lloyd johnson
33 meadow farms rd
west hartford, CT 06107
United States

User: lloydj        Re-add User

Pass: lavern

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| *initial* | 0111057601000022357 on 2011-02-26 for $24.95(USD) | Too old to refund |