# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Mixxxed Nuts
Search Results: Displaying 2 of 3090 entries



*Mixxxed Nuts #2: Taste the Crunch.*

|  |  |
|---|---|
| **Relevance:** | ▮▮▮▮▮ |
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001687480 / 2010-06-24 |
| **Application Title:** | Mixxxed Nuts #2: Taste the Crunch. |
| **Title:** | Mixxxed Nuts #2: Taste the Crunch. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL, 33127, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-748-164**

Effective date of registration:

August 12, 2011

---

## Title
**Title of Work:** Mixxxed Nuts #3: Almond Joy

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** February 1, 2011     **Nation of 1st Publication:** United States

## Author
- **Author:** Flava Works, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Flava Works, Inc.
2610 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions
**Organization Name:** Flava Works, Inc.
**Address:** 2610 North Miami Ave
Miami, FL 33127  United States

## Certification
**Name:** Phillip Bleicher
**Date:** August 12, 2011

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-779-325**

Effective date of registration:

September 16, 2011

## Title

**Title of Work:** Flava Works Video Edits Jan-June, 2011

**Contents Titles:**
Cody Kyler+Malo
Breion Diamond+Levi Summers
Drake+Hotrod
Baby Star+Usher Richbanks
Prince Le Beau+Usher Richbanks
Columbia+Flamez
Anthony Avery+Usher Richbanks
Jay Jaxon+KC Long
Breakz+RIchard Lewis
Nick Omni+Rowiniski Son
KC Long+Nick Omni
Jarvis Chandler+Usher Richbanks
Breakz+Jarvis Chandler
KC Long+Nick Omni
Tyrelle
Baby Star+Slim Goodie
Melsogifted+Tornado
Isaiah Foxx+Romeo Storm
Pharrell+Usher Richbanks
Kannon+Romeo Storm
Carlito Rockafella+Isaiah Foxx
Rock+Syxx
Cody Kyler+Ken Mariano
Baby Star+Breion Diamond+Mizfit
Breion Diamond+Cayden Cooper