Case: 1:12-cv-01887 Document #: 19-7 Filed: 09/04/12 Page 1 of 8 PageID #:320



Advertisement: pro users don't see ads
Free Video Hosting
Download

Bookmark



- Direct Link (email & IM) http://videobam.com/kNQx

  Share

- Embed code Select iframe size `<iframe title="VideoBam vic`
- HTML Thumbnail Link `<a href="http://videobam.c`
- BB Code Thumbnail Link `[URL=http://videobam.com`

Close

# Select iframe size

○ S
320x240
◉ M
480x360
○ L
640x480
○ Custom Size
Width [_____] px
Type width of iframe (height will be calculate automaticaly) [Save]

- **Views:** 9
  [Like]                    0

## Comments

### Add New Comment                                            Login

Type your comment here.

**Showing 0 comments**                    Sort by popular now ▼

M  Subscribe by email   S  RSS

blog comments powered by **DISQUS**

## Thumbnail Preview Sheet Show code Download Image

## Direct Link to Preview Sheet

http://videobam.com/thumbsheet-152410-kNQxo.jpg

## HTML Link of Preview Sheet

<a href="http://videobam.com/kNQxo" target="_blank"><img src="http://videobam.com/thumbsheet-152410-kNQxo.jpg" alt="VideoBam.com"></a><br />Powered by <a target="_blank">VideoBam - Free Video Hosting</a>

## BB-Code of Preview Sheet

[URL=http://videobam.com/kNQxo][IMG]http://videobam.com/thumbsheet-152410-kNQxo.jpg[/IMG][/URL] Powered by [URL=http://videobam.com]VideoBam - Free Video Hosting[/URL]

Case: 1:12-cv-01887 Document #: 19-7 Filed: 09/09/12 Page 4 of 8 PageID #:333

 Follow us

Like 2K

© 2010 VideoBam - Fast, Free Video Hosting

- 
  Bookmark Us
- FAQ
- DMCA
- Terms
- Support
- API







