(screenshot of GVIM editor displaying binary/garbage data — file title: "CODY KYLER & CAYDEN COOPER & DE... Cayden & DeAngelo Jackson) - GVIM")

```
1853378,12492-2437
```